IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A. SINGLETON,         )<br>                                             )<br>        Plaintiff,                      )<br>                                             )<br>  v.                                       )<br>                                             )<br>J. VAN EMMERIC, et al.,        )<br>                                             )<br>        Defendants.                 )<br>_____ ) | No. C 12-5497 LHK (PR)<br><br>JUDGMENT |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 1/10/13

LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.12\Singleton497jud.wpd